FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:17 cr 150 T 27 AEP
42 U.S.C. § 408(a)(4)

CATHLEEN JOEL WILSON

**INFORMATION**

The Acting United States Attorney charges:

**COUNT ONE**

**42 U.S.C. § 408(a)(4)**
**(Knowledge of Event Affecting Right or Continued Right to Benefits)**

Beginning in or around December 2013 and continuing through in or around September 2016, within the Middle District of Florida, the defendant,

CATHLEEN JOEL WILSON,

in a matter within the jurisdiction of the Social Security Administration ("SSA"), having knowledge of the occurrence of events affecting her initial and continued right to disability insurance benefit payments, concealed and failed to disclose such events with the intent fraudulently to secure payment when the payment, in full or in part, was not authorized, in that, the defendant intentionally concealed and failed to report changes in her work activity that she was obligated to report to the SSA.

In violation of 42 U.S.C. § 408(a)(4).

W. STEPHEN MULDROW
Acting United States Attorney

By: ______________________________
Kristen A. Fiore
Assistant United States Attorney

By: ______________________________ for
Cherie Krigsman
Assistant United States Attorney
Deputy Chief, Major Crimes Section